```
BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-11-017 GGH |
| ) | |
| Plaintiff, ) | Order |
| ) | |
| v. ) | |
| ) | |
| JERRY D. VESSEL, ) | DATE: February 28, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Gregory G. Hollows |
| _____) | |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Cr. No. S-11-017 GGH is GRANTED.

IT IS SO ORDERED.

Dated: February 28, 2011

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge